PD-1341-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/2/2015 10:13:07 AM
Accepted 11/2/2015 12:52:24 PM
ABEL ACOSTA
CLERK

NO. PD-1341-15

IN THE
COURT OF CRIMINAL APPEALS
OF TEXAS

granted to
12-2-15
AC
11-2-15

| | | |
|---|---|---|
| JOHN HALL, | § | |
| Appellant | § | |
| vs. | § | COA NO. 13-14-00044-CR |
| | | TRIAL COURT NO. 36,772 |
| THE STATE OF TEXAS, | § | |
| Appellee | § | |

**APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE PETITION
FOR DISCRETIONARY REVIEW DUE TO MEDICAL REASONS**

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

NOW COMES JOHN HALL, Appellant herein, and moves this Honorable Court for an extension of time to file Appellant's Petition for Discretionary Review ("PDR") in this cause pursuant to Rules 10.5(b) and 68.2(c) of the Texas Rules of Appellate Procedure and in support thereof would show the Court as follows:

I.

On September 11, 2013, Appellant was found guilty of Theft $1500-$20,000, a State Jail Felony, in the 66th District Court of Hill County, Texas. The jury sentenced Appellant to 180 days in the State Jail Division of the Texas Department of Criminal Justice, imposed a fine of $2500.00 and further recommended probation/suspension of the State Jail sentence. On October 2, 2013, the trial court judge formally sentenced Appellant to probation for five (5) years and assessed restitution in the amount

of $19,900.00. On November 1, 2013, Appellant timely filed a Motion for New Trial and requested an evidentiary hearing. On November 5, 2013, the trial court judge denied the motion without an evidentiary hearing, but provided Findings of Fact and Conclusions of Law. Appellant timely gave his Notice of Appeal. The Waco Court transferred this appeal to the Thirteenth Court of Appeals on January 14, 2014.

II.

On July 16, 2015, the Corpus Christi Court issued a memorandum opinion affirming the trial court's judgment. Appellant's timely filed motion for rehearing was denied on September 2, 2015. On or about October 15, 2015, this Court granted Appellant's Motion for Extension of Time and ordered the PDR due November 2, 2015. Appellant hereby requests a second extension of time to file Appellant's PDR and would show unto the Court that at least ten (10) days will be needed to allow the completion of Appellant's PDR. One previous extension of time has been heretofore filed in this cause.

The undersigned counsel has been ill for nearly two (2) weeks now. His physician, Dr. Larry Sprowls of Arlington, is currently treating the undersigned counsel for a medical condition that the undersigned was diagnosed in 2008.

This case appears to be one of first impression as it presents a visit to Judge Meyers' concurring opinion and novel suggestion in Cabala v. State, 6 S.W.3d 543, 553 (Tex. Crim. App. 1999)(Meyers,

J., concurring). Under the "principal motivation" test, Appellant has the burden of proving by a preponderance of the evidence that the State's principal motivation in pursuing a theft conviction was to collect the debt discharged in bankruptcy. Id. This case is of utmost importance to the jurisprudence of the State of Texas and its debtor citizens. *See also* Kelly v. Robinson, 479 U.S. 36, 52 (1986).

The undersigned counsel simply requests additional time so as to guarantee Appellant effective assistance of counsel. Ex parte Dietzman, 790 S.W.2d 305 (Tex. Crim. App. 1990); Ex parte Coy, 909 S.W.2d 927 (Tex. Crim. App. 1995); Ex parte Daigle, 848 S.W.2d 691 (Tex. Crim. App. 1993).

## PRAYER

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel, on behalf of Appellant, respectfully prays this Honorable Court extend the time for filing Appellant's Petition for Discretionary Review in this cause until November 12, 2015.

RESPECTFULLY SUBMITTED,

L. Patrick Davis
SBN 00795775
115 N. Henderson Street
Fort Worth, Texas    76102
(817)870-1544
(817)870-1589    fax

ATTORNEY FOR APPELLANT



## Cerificate To Return To Work/School

Mr.

Mrs.

Ms. _Patrick Davis_

Was under my care from _10-31-15_ to _____

and will return to ~~work~~/school on _11-9-15_ Light Duty ___ Full Duty ___

Restrictions: _None_

Remarks/Instructions: _Patrick is unable to work due to illness_

Dr: _[signature]_ Date _10-31-15_

Larry Sprowls, M.D.

**Please Note:**
Nothing in this note is intended to certify that the patient is disabled. Nothing in or about this note guarantees or even suggest that a patient should be eligible for disability insurance benefits. This note alone cannot be used as a basis for a patient to file a claim for disability insurance benefits. The patient's disability insurance company will handle claims based on multiple pre-determined and agreed upon criteria that are not addressed in making this note. There will be a $25 charge for completion of each disability form. This charge cannot be billed to any insurance policy and will have to be paid for by the patient.

1001 NE Green Oaks Blvd. #190 • Arlington, TX 76006 • (817) 469-7171 • FAX (817) 795-4255

## CERTIFICATE OF SERVICE

As Attorney of Record for Appellant, I do hereby Certify that a true and correct copy of the above and foregoing document was this date provided to the Attorney for the State, Hon. Nicole Crain and Hon. Matthew Paul, State Prosecuting Attorney, P.O. Box 12405, Austin, Texas 78711 ,via U.S. Mail.

Date:11/02/15

